■ GEORGE INGALLS et al., Respondents, v NEW YORK TELEPHONE COMPANY, Appellant, et al., Defendant.—Judgment, Supreme Court, New York County, entered February 14, 1978, unanimously reversed, on the law and on the facts, and a new trial ordered on the issue of damages only, without costs or disbursements, unless plaintiffs, within 20 days after service upon them of a copy of the order herein, with notice of entry, serve and file in the office of the clerk of the trial court written stipulations consenting to reduce the verdict in favor of plaintiff George Ingalls to $35,000 and the verdict in favor of plaintiff Patricia Ingalls to $5,000, and to the entry of an amended judgment in accordance therewith. If plaintiffs so stipulate, the judgment, as so amended and reduced, is affirmed, without costs or disbursements. The damages proven by plaintiffs warranted verdicts no greater than the sums of $35,000 and $5,000, respectively, to which the recoveries should be limited. The court finds no substantial merit to appellant's other contentions. Concur—Kupferman, J. P., Bloom, Markewich, Yesawich and Ross, JJ.

■ In the Matter of SAMUEL H. LINDENBAUM, as Executor of ALAN H. POLKES, Deceased. SAMUEL H. LINDENBAUM, Respondent; RITA POLKES, Appellant; BRUCE ZENKEL, Respondent.—Decree, Surrogate's Court, New York County, entered on May 10, 1978, unanimously affirmed on the opinion of the late Di Falco, S., with $75 costs and disbursements of this appeal to all parties appearing and filing briefs payable out of the estate. Concur—Kupferman, J. P., Bloom, Lane and Lupiano, JJ.

■ DIANE F. TAUSER, Appellant, v 2005 BROADWAY RESTAURANT, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on November 25, 1977, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Sullivan, Markewich and Silverman, JJ.

■ ANSHEL E. DAVID, Appellant, v Jo L. DAVID, Respondent.—Order, Supreme Court, New York County, entered on January 12, 1979, unanimously affirmed for the reasons stated by Blyn, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Fein, Sullivan, Markewich and Silverman, JJ.

■ WALDA LOPEZ, Respondent, v TERRENCE J. McGOVERN et al., Appellants.—Order, Appellate Term, First Department, entered on November 22, 1978, unanimously reversed, on the law and on the facts, and the judgment of Civil Court, entered December 11, 1977, reinstated on the opinion of Sklar, J., at Civil Court and the dissent of Hughes, J., at Appellate Term. Appellants shall recover of respondent one bill of $75 costs and disbursements of this appeal. Concur—Birns, J. P., Fein, Sullivan, Markewich and Silverman, JJ.

■ IN THE MATTER OF THE ESTATE OF MARGARET ECKERT, Deceased. JOSEPH G. ZUCKERMAN, Respondent; FLORENCE RUBIN et al., Appellants.—Judgment, Surrogate's Court, New York County, entered on April 14, 1978, unanimously affirmed on the opinion of Midonick, S., with $75 costs and disbursements of this appeal to all parties appearing and filing briefs payable out of the estate. No opinion. Concur—Birns, J. P., Fein, Sullivan, Markewich and Silverman, JJ.